Submitted October 8—decided November 4, 1970

### Town of East Haven et al. *v.* City of New Haven et al.

The motion by the plaintiffs to dismiss the defendants' appeal from the Superior Court in New Haven County is dismissed.

*Anthony V. DeMayo,* for the appellees (plaintiffs).

*Roger J. Frechette,* assistant corporation counsel, for the appellants (defendants).

Argued November 3—decided November 10, 1970